IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01740-REB-MJW

COREY N. SULLIVAN,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

    Defendant.

_____

**STIPULATION OF DISMISSAL WITH PREJUDICE**
_____

    NOW COME Plaintiff Corey N. Sullivan and Defendant NCO Financial Systems, Inc., appearing herein through their respective undersigned attorneys of record, and, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that the plaintiff's claim against Defendant NCO Financial Systems, Inc. in the above-captioned civil action should be dismissed on its merits, with prejudice, and with each party to pay her or its own attorney's fees and costs.

    WHEREFORE, Plaintiff and Defendant pray that an order dismissing Plaintiff's claim against Defendant on its merits, with prejudice, and with each party to pay her or its own attorneys' fees and costs, be entered in the above entitled action pursuant hereto.

Dated:  August 23, 2010.

| | |
|---|---|
| s/ James C. Plott | s/ Louis Leonard Galvis |
| James C. Plott | Louis Leonard Galvis |
| Attorney at Law | Sessions, Fishman, Nathan & Israel, L.L.P. |
| 300 West Eleventh Avenue, Suite 10F | 645 Stonington Lane |
| Denver, CO  80204 | Fort Collins, CO  80525 |
| Telephone: (720) 985-1145 | Telephone:  (970) 223-4420 |
| Attorney for the Plaintiff | Attorneys for the Defendant |